**Order entered December 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00218-CR

### DARREN DWYONE GREEN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F11-62506-K**

## ORDER

The Court **GRANTS** court reporter Janice Garrett's December 1, 2013 request to extend time to filed the reporter's record only to the extent that we **ORDER** Ms. Garrett to file the reporter's record by **JANUARY 13, 2014**.

We continue in effect our **ORDER** that Ms. Garrett not sit as a court reporter until she files the reporter's record in this appeal.

We further **ORDER** that Janice Garrett provide the Court, by **DECEMBER 31, 2013**, with a mailing address and e-mail address at which she can be contacted upon her retirement.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Dominique Collins, Presiding Judge, Criminal District Court No. 4; Janice Garrett, official court reporter, Criminal District Court No. 4; Cornelius Jennings, Court Coordinator, Criminal District Court No; 4; Barbie Murphy, Chief Clerk, Criminal District Court No. 4; to counsel for all parties; and to the Dallas County Auditor's Office.

/s/      LANA MYERS
         JUSTICE